<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6556**

DAVID M. KISSI,

        Plaintiff - Appellant,

    v.

PRAMCO II, LLC; DLA PIPER, MD and NY; VENABLE, of MD and NY; FRIEDLANDER MISLER; PAUL KRAMER, Mr. and Mrs.; Esq.; GRANGER MAHER, Mr. and Mrs.; Esq.; JOSEPH BRUCE, Esq.; J. THOMAS GUINTA, Esq.; JULIAN SPIRER, Esq.; DONALD E. KAPLAN, Esq.; EMC/BEAR STEARNS/JP MORGAN CHASE; MONEY STORE/FIRST UNION/WACHOVIA/WELLS FARGO; WASHINGTON MUTUAL BANK/CITICORP; LEGG MASON, Mark R. Fetting; CEO; PAUL MEANS, Mr. and Mrs.; COLDWELL BANKER, Joseph Gillespie; CEO; GE CAPITAL, Steve Wieneke; DAVID WELLS, K Bank (Key Bank); BUSINESS LOANS EXPRESS, James Quirk; WELLS FARGO; THE WASHINGTON POST/NEWSWEEK; MARY GRAHAM, Chairman; The Washington Post; DONALD E. GRAHAM, Chairman; The Washington Post; SAM ZELLER, Chicago Tribune; TIMOTHY R. RYAN, Publisher; The Baltimore Sun; THE WASHINGTON TIMES; WENDY MURDOCK, NewsCorp; RUPERT MURDOCK, NewsCorp; ROLL CALL, Capitol Hill; THE NEW YORK TIMES, Arthur Ochs Schulzberger; RIGGS HILL CONDO, c/o Hugh Hardesty Jr.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:08-cv-01174-GBL-JFA)

Submitted: October 29, 2010      Decided: November 23, 2010

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

––––––––––––––––––––

David M. Kissi, Appellant Pro Se.  Amy E. Askew, James Patrick Ulwick, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellee DLA PIPER.

––––––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Kissi appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kissi v. Pramco II, LLC, No. 1:08-cv-01174-GBL-JFA (E.D. Va. filed Mar. 4, 2009, and entered Mar. 6, 2009).

Appellee DLA Piper has moved, pursuant to Fed. R. App. P. 38, for an order enjoining Kissi from filing an action in any court, including state courts, without prior approval. We find the authority cited by DLA Piper to be unpersuasive in supporting such a blanket injunction. However, in light of Kissi's repeated abusive filings, we find sanctions appropriate. Accordingly, we grant the motion as follows: Kissi is hereby directed to pay DLA Piper the sum of $500; moreover, he is enjoined from filing any further actions in this court until this sanction is paid and a district court judge certifies that his claim is not frivolous.

We deny Kissi's motion for appointment of counsel, as well as all his remaining pending motions, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3